# United States Court of Appeals
## For the First Circuit

No. 07-2636

ASOCIACIÓN DE EMPLEADOS DEL ESTADO LIBRE ASOCIADO DE
PUERTO RICO,

Plaintiff-Appellee,

v.

UNIÓN INTERNACIONAL DE TRABAJADORES DE LA INDUSTRIA DE
AUTOMÓVILES, AEROESPACIO E IMPLEMENTOS AGRÍCOLAS, U.A.W.
LOCAL 1850,

Defendant-Appellant.

**ERRATA SHEET**

The opinion of this Court issued on March 6, 2009 is amended
as follows:

On page 10, footnote 7, at lines 7-8, the phrase "and given
that we have not been provided with that decision," is deleted.